

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2022

No. 04-22-00636-CR

**EX PARTE** Stephen Wayne **RICHARDSON**

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-10629
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 9, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2022.

_____
Michael A. Cruz, Clerk of Court